IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE LABORERS                    No. C 06-03058 CW
HEALTH AND WELFARE TRUST FUND FOR
NORTHERN CALIFORNIA,                                 ORDER

                Plaintiff,

        v.

CANYON SPRINGS ENTERPRISES, et al.,

                Defendants.
_____/

        Default having been entered as to Defendants Canyon Springs

Enterprises, dba RSH Construction, Robert Hamilton, Gregory Chehey,

and Robert Clark by the Clerk on June 21, 2006,

        IT IS HEREBY ORDERED that Plaintiff shall file a motion for

default judgment within 30 days from the date of this order, and

upon filing of motion for default judgment, said motion will be

referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be

heard and considered at the convenience of his/her calendar.  The

Magistrate Judge shall prepare findings and recommendation on the

motion.

        IT IS FURTHER ORDERED that the Case Management Conference

previously set for September 8, 2006, is continued to December 1,

2006.

Dated: 7/10/06

                                    _Claudia Wilken_____
                                    CLAUDIA WILKEN
                                    United States District Judge


cc:  Wings

United States District Court
For the Northern District of California