1   James P. Watson, (SBN 46127)
    Bruce K. Leigh (SBN 129753)
2   Anne Bevington (SBN 111320)
    STANTON, KAY & WATSON, LLP
3   101 New Montgomery, Fifth Floor
    San Francisco, CA  94105
4   Telephone:  (415) 512-3501
    Facsimile:   (415) 512-3515
5   Email:        AnneB@skwsf.com

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND COURT HOUSE

| | |
|---|---|
| 11  BOARD OF TRUSTEES OF THE LABORERS<br>HEALTH AND WELFARE TRUST FUND FOR<br>12  NORTHERN CALIFORNIA; BOARD OF<br>TRUSTEES OF THE LABORERS VACATION-<br>13  HOLIDAY TRUST FUND FOR NORTHERN<br>CALIFORNIA; BOARD OF TRUSTEES OF THE<br>14  LABORERS PENSION TRUST FUND FOR<br>NORTHERN CALIFORNIA; and BOARD OF<br>15  TRUSTEES OF THE LABORERS TRAINING<br>AND RETRAINING TRUST FUND FOR<br>16  NORTHERN CALIFORNIA, | Case No.:  C-06-3058 CW (EMC)<br><br>**PLAINTIFFS' ADMINISTRATIVE<br>REQUEST FOR ORDER VACATING<br>ENTRY OF DEFAULT AND<br>PERMITTING FILING OF FIRST<br>AMENDED COMPLAINT;**<br>~~**(PROPOSED)**~~ **ORDER** |
| 17                 Plaintiffs, | |
| 18       v. | |
| 19  CANYON SPRINGS ENTERPRISES dba RSH<br>CONSTRUCTION, a Business Entity; ROBERT<br>20  STANLEY HAMILTON, an Individual,<br>GREGORY MAX CHEHEY, an Individual, and<br>21  ROBERT KEITH CLARK, an Individual, | |
| 22                 Defendants. | |

23

24         Default was entered against all defendants on June 21, 2006. Plaintiffs Laborers Trust Funds

25   request that the Court vacate entry of default against the defendants and permit the Trust Funds to file

26   a first amended complaint.

27         The complaint in this action seeks recovery of employer fringe benefit contributions, as well as

28   an audit of defendants' books and records. While this action has been pending, defendants permitted

1   the Trust Funds to audit their books and records. The Trust Funds have completed their audit and

2   desire to amend their complaint to state the amounts due pursuant to the audit. (Declaration of Anne

3   Bevington, ¶ 3.) Therefore, the Trust Funds request that the Court enter an order vacating defendants'

4   default and permitting plaintiffs to file a first amended complaint within 20 days after the date of the

5   Court's order.

6   DATED:  August 30, 2006                    STANTON, KAY & WATSON, LLP

7

8                                       By:   */s/ Anne Bevington*
                                            _____

9                                            Anne Bevington
                                             Attorneys for Plaintiffs

10

11   ----------------------------------------------------------------------------------------------------------------------------

12                                       **ORDER**

13        The Court having considered plaintiffs' request, and good cause appearing therefor,

14   IT IS HEREBY ORDERED that:

15        1.       The default of defendants, entered on June 21, 2006, is hereby vacated.

16        2.       Plaintiffs may file a first amended complaint, which shall be filed no later than __20__

17   days after the date of this Order.

18                      9/11/06
     DATED: _____          _____

19                                             HON. CLAUDIA WILKEN
                                               UNITED STATES DISTRICT JUDGE
20

21

22

23   F:\CASES\7000\7000.1055 Canyon Springs Ent. II\Pleadings\Admin Request to Vacate Default and Permit Amendment.doc

24

25

26

27

28

**PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ORDER VACATING ENTRY OF DEFAULT AND PERMITTING FILING OF FIRST AMENDED COMPLAINT;  (PROPOSED) ORDER [CASE NO.  C-06-3058 CW (EMC)]**

**PROOF OF SERVICE**

CASE NAME:       *Jose Moreno; et al. v. Canyon Springs Enterprisers.; et al.*
CASE NUMBER:    *United States District Court, Northern District of California*
                *No. C-06-3058 CW (EMC)*

I am a citizen of the United States and a resident of the State of California.  I am over the age of 18 and not a party to the within action.  My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California  94105.

On August 30, 2006, I served the following document(s) described as:

**PLAINTIFFS' ADMINISTRATIVE REQUEST FOR ORDER VACATING
ENTRY OF DEFAULT AND PERMITTING FILING OF FIRST AMENDED
COMPLAINT;
(PROPOSED) ORDER**

on the following party/parties:

GREGORY MAX CHEHEY                     ROBERT KEITH CLARK
3001 E. Tahquitz Canyon Way, #205'    3001 E. Tahquitz Canyon Way, #205'
Palm Springs, CA  92262-6901          Palm Springs, CA  92262-6901

CANYON SPRINGS ENTERPRISES, dba RSH   ROBERT STANLEY HAMILTON
CONSTRUCTION                          3001 E. Tahquitz Canyon Way, #205'
3001 E. Tahquitz Canyon Way, #205'    Palm Springs, CA  92262-6901
Palm Springs, CA  92262-6901

  __X__    (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail.  I am readily familiar with STANTON, KAY & WATSON'S practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on August 30, 2006 at San Francisco, California.

*/s/ Mary Zic*
_____
Mary Zic

Pillar
Tower & Column
One Maritime Plaza,
Suite 2800
San Francisco, CA
94111

-3-
**PROOF OF SERVICE**