1  James P. Watson, (SBN 46127)
   Bruce K. Leigh (SBN 129753)
2  Anne Bevington (SBN 111320)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA  94105
4  Telephone:  (415) 512-3501
   Facsimile:   (415) 512-3515
5  Email:         AnneB@skwsf.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND COURT HOUSE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> CANYON SPRINGS ENTERPRISES dba RSH CONSTRUCTION, a Business Entity; ROBERT STANLEY HAMILTON, an Individual, GREGORY MAX CHEHEY, an Individual, and ROBERT KEITH CLARK, an Individual, <br><br> Defendants. | Case No.:  C-06-3058 CW (EMC) <br><br> **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER** <br><br> DATE:   Dec. 1, 2006 <br> TIME:    1:30 p.m. <br> CTRM:  2, 4th Floor (Oakland) <br> JUDGE: Hon. Claudia Wilken |

   This is an action by trustees of the Laborers Trust Funds against employer Canyon Springs Enterprises dba RSH Construction and its principals to recover unpaid contributions due pursuant to a collective bargaining agreement. The parties have agreed to settle the matter with the settlement payment to be made no later than December 20, 2006, and the settlement documents are being prepared. Accordingly, plaintiffs do not anticipate any need to set the matter for trial at this time and

-1-
PLAINTIFFS' CASE MANAGEMENT CONFERENCE STAEMENT AND  (PROPOSED) ORDER [CASE NO.  C-06-3058 CW (EMC)]

request that the court continue the Case Management Conference for a date in approximately 60 days.

DATED: November 27, 2006.                    STANTON, KAY & WATSON, LLP

By: _____
    Anne Bevington
    Attorneys for Plaintiffs

---

**ORDER**

The Court having considered plaintiffs' Case Management Conference Statement, IT IS HEREBY ORDERED that the Case Management Conference scheduled for December 1, 2006, be continued to February 2, 2007, at 1:30 p.m., in Courtroom 2 on the 4th Floor of the above-entitled Court, located at 1301 Clay Street, Oakland, California.

DATED: 11/29/06 _____        _____
    HON. CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

F:\CASES\7000\7000.1055 Canyon Springs Ent. II\Pleadings\Admin Request to Vacate Default and Permit Amendment.doc

# PROOF OF SERVICE

CASE NAME: *Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; et al. v. Canyon Springs Enterprisers.; et al.*

CASE NUMBER: *United States District Court, Northern District of California No. C-06-3058 CW (EMC)*

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On November 27, 2006, I served the following document(s) described as:

**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) ORDER**

on the following party/parties:

GREGORY MAX CHEHEY  
3001 E. Tahquitz Canyon Way, #205  
Palm Springs, CA 92262-6901

ROBERT KEITH CLARK  
3001 E. Tahquitz Canyon Way, #205  
Palm Springs, CA 92262-6901

CANYON SPRINGS ENTERPRISES, dba RSH CONSTRUCTION  
3001 E. Tahquitz Canyon Way, #205  
Palm Springs, CA 92262-6901

ROBERT STANLEY HAMILTON  
3001 E. Tahquitz Canyon Way, #205  
Palm Springs, CA 92262-6901

  X  (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON'S practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on November 27, 2006 at San Francisco, California.

Carol M. Christensen