James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:   (415) 512-3501
Facsimile:  (415) 512-3515
E-Mail:      AnneB@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CANYON SPRINGS ENTERPRISES dba RSH CONSTRUCTION, a Business Entity; ROBERT STANLEY HAMILTON, an Individual, and GREGORY MAX CHEHEY, an Individual,<br><br>Defendants. | **Case No.: C-06-3058 CW (EMC)**<br><br>**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL; ORDER OF DISMISSAL** |

The parties having settled the claims alleged by the plaintiffs in this action, plaintiffs request that the action be dismissed, with all parties bearing their own costs except as provided in the settlement agreement. Because defendants did not appear in the action, this request is not made by stipulation and is unopposed.

DATED: January 25, 2007.                                    STANTON, KAY & WATSON, LLP

-1-
**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL; (PROPOSED) ORDER OF DISMISSAL [CASE NO. C-06-3058 CW (EMC)]**

By: **/s/ Anne Bevington**
Anne Bevington
Attorneys for Plaintiffs

--------------------------------------------------------------------------------

## ORDER

The Court having considered plaintiffs' unopposed request for dismissal,

IT IS HEREBY ORDERED that this Action be, and hereby is, dismissed with prejudice, with all parties bearing their own costs except as provided in the settlement agreement.

DATED: 1/26/07

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

F:\CASES\7000\7000.1055 Canyon Springs Ent. II\Pleadings\Request for Dismissal and Proposed Order.doc

# PROOF OF SERVICE

CASE NAME: *Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; et al. v. Canyon Springs Enterprisers.; et al.*

CASE NUMBER: *United States District Court, Northern District of California No. C-06-3058 CW (EMC)*

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On January 25, 2007, I served the following document(s) described as:

**PLAINTIFFS' UNOPPOSED REQUEST FOR DISMISSAL; (PROPOSED) ORDER OF DISMISSAL**

on the following party/parties:

| | |
|---|---|
| GREGORY MAX CHEHEY<br>3001 E. Tahquitz Canyon Way, #205<br>Palm Springs, CA 92262-6901 | ROBERT KEITH CLARK<br>3001 E. Tahquitz Canyon Way, #205<br>Palm Springs, CA 92262-6901 |
| CANYON SPRINGS ENTERPRISES, dba RSH CONSTRUCTION<br>3001 E. Tahquitz Canyon Way, #205<br>Palm Springs, CA 92262-6901 | ROBERT STANLEY HAMILTON<br>3001 E. Tahquitz Canyon Way, #205<br>Palm Springs, CA 92262-6901 |

  X   (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & WATSON'S practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on January 25, 2007 at San Francisco, California.

**/s/ Carol M. Christensen**
Carol M. Christensen